UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILE DIVISION

| | |
|---|---|
| PAULA SANDIDGE and KENT SANDIDGE,<br><br>　　　Plaintiffs,<br><br>v.<br><br>ACUMED, LLC,<br><br>　　　Defendant. | Case No. 3:16-0376<br><br>Judge Crenshaw<br>Magistrate Judge Newbern |

## ORDER

Defendant Acumed, LLC, has filed a Motion for Amended Case Management Order (Doc. No. 32) which Plaintiffs Paula and Kent Sandidge do not oppose. Accordingly, the Motion is **GRANTED** and the Court's Initial Case Management Order (Doc. No. 16) is amended as follows:

- The parties shall complete all written and fact discovery on or before **March 1, 2017**. All written discovery shall be submitted in sufficient time so that the response shall be in hand by that date.

- The parties shall file all motions to amend on or before **January 27, 2017**.

- Plaintiffs shall identify and disclose all expert witnesses and expert reports on or before **May 1, 2017**. Defendant shall identify and disclose all expert witnesses and reports on or before **June 9, 2017**.

- The parties shall depose all expert witnesses on or before **July 10, 2017**.

- The parties shall file all dispositive motions on or before **August 14, 2017**. Reponses shall be filed on or before **September 12, 2017**. Any reply shall be filed on or before **September 26, 2017**. If dispositive motions are filed before August 14, 2017, the response and reply dates shall be adjusted according to Judge Crenshaw's Form Initial Case Management Order. Dispositive motion and response memoranda are limited to 25 pages; any optional reply is limited to 5 pages, absent leave of Court to exceed that limit.

- The parties shall file a joint mediation statement on or before **February 14, 2017**, and a second joint mediation statement on or before **June 15, 2017**.

- The trial date and pretrial conference date previously set are cancelled. The new target trial date for this action is **January 8, 2018**.

It is so **ORDERED**.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge