UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PAULA SANDIDGE and KENT SANDIDGE, | ) ) ) | |
| Plaintiffs, | ) ) | NO. 3:16-cv-00376 |
| v. | ) ) | JUDGE CRENSHAW |
| ACUMED, LLC, | ) ) ) | |
| Defendant. | ) | |

# ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge, to which no timely objections have been filed. (Doc. No. 33.) The Court has reviewed the Report and Recommendation and conducted a de novo review of the record. The Report and Recommendation is **ADOPTED**.

Accordingly, Plaintiffs' Motion to Strike (Doc. No. 24) is **DENIED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE